UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

U̲NITED S̲TATES OF A̲MERICA,

    Plaintiff,

v.

D̲RAPER D̲ELANEO T̲URNER,

    Defendant.
_____/

Hon. Janet T. Neff

Case No. 1:19-cr-00125

## **ORDER**

This matter is before the Court on the government's motion for pretrial detention. The government sought defendant Draper Delaneo Turner's detention on the basis of that he poses a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a significant risk of flight, 18 U.S.C. § 3142(f)(2)(A). The Court conducted an evidentiary hearing on May 31, 2019, at which defendant was represented by counsel.

Having considered the evidence presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has proven by a preponderance of the evidence that defendant poses a significant risk of flight and by clear and convincing evidence that defendant poses a danger to the community. The Court finds, as explained on the record, that there is no condition or combination of

conditions that will ensure the appearance of the defendant or the safety of the community.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on May 31, 2019.

                                            /s/ Phillip J. Green
                                            PHILLIP J. GREEN
                                            United States Magistrate Judge